■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. JAMES LOMBARDI, JR., Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Order unanimously reversed and proceeding remitted to Wyoming County Court for rehearing after assignment of counsel. Memorandum: The relator's application for counsel should have been granted. (See *People ex rel. Rodriguez* v. *La Vallee,* 26 A D 2d 8, and cases cited therein.) (Appeal from order of Wyoming County Court dismissing writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, Henry and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY S. HEDLUND, Appellant.— Order unanimously reversed and matter remitted to Monroe County Court for a hearing. Memorandum: The petition presents factual allegations which should be developed upon a hearing. (See *People* v. *Picciotti,* 4 N Y 2d 340.) (Appeal from order of Monroe County Court denying, without a hearing, motion to vacate judgment of conviction for burglary, third, rendered December 29, 1964.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD S. McCAULLEY, Appellant, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent.— Order unanimously reversed and matter remitted to Cayuga County Supreme Court for further proceedings in accordance with memorandum. Memorandum: Appellant's application for a writ of habeas corpus was erroneously denied and should be now granted. Issues were presented by the petition that required a hearing. Upon such hearing relator, if he so requests, is entitled to assignment of counsel. (Appeal from order of Cayuga Special Term denying writ of habeas corpus.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.